PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Billy Perry  **Docket Number:** 03-00428-001
 **PACTS Number:** 33594

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/27/2003

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 84 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 12/8/09

**Assistant U.S. Attorney:** Jason M. Richardson, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** William D. Manns, Jr., Esq., Nevada Court Mall, 21-23 Court Street, Newark, New Jersey 07102; 973/643-6595.

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** On October 16, 2010, Newark Police arrested Perry and charged him with Assault (Domestic Violence). |
| 2. | The offender has violated the standard supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'** In September and October, 2010, Perry did not register for two job training programs (America Works and Building Works) in Newark as instructed by his probation officer. |

PROB 12C - Page 2
Billy Perry

I declare under penalty of perjury that the foregoing is true and correct.

By: *Thomas Stone*
Thomas Stone
Senior U.S. Probation Officer
Date: 10/19/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

10/19/10
Date