UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Criminal No. 03-428
                            :
            vs.             :    Hon. Dennis M. Cavanaugh
                            :
                            :    ORDER DENYING MOTION FOR EARLY
BILLY PERRY                 :    TERMINATION OF SUPERVISED RELEASE

Upon motion of the defendant, filed on July 11, 2011, for early termination of his supervised release, and the Government having opposed the motion because the defendant has an outstanding violation report, dated November 12, 2010, and for good and sufficient cause shown,

WHEREFORE, on this 27ᵗʰ of July, 2011,

IT IS ORDERED that the defendant's motion be, and it hereby is, DENIED.

HONORABLE DENNIS M. CAVANAUGH
United States District Judge