PROB 12B

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Billy Perry                                                                 Cr.: 03-428
                                                                                              PACTS Number: 33594

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, United States District Judge

Date of Original Sentence: 10/27/03

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 84 months prison, 3 years supervised release

Type of Supervision: Supervised Release                         Date Supervision Commenced: 12/8/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To withdraw the petition for Violation of Supervised Release dated 10/19/2010, in that Perry was arrested by the Newark Police Department on 10/16/2010, for the charge of Assault.

## CAUSE

The above-stated charge was dismissed in Superior Court of New Jersey (Essex) on 2/28/2012.

Respectfully submitted,

*[signature: Thomas Stone]*

By: Thomas Stone
Senior U.S. Probation Officer
Date: 12/5/2012

THE COURT ORDERS:

[X] The Withdrawal of Petition as Noted Above

*[signature]*

Signature of Judicial Officer

12/20/12
Date